UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MATTHEW LEWIS BEARDEN**,  Case No. 6:15-cv-00475-KI

       Plaintiff,  JUDGMENT

  v.

**CAROLYN COLVIN, Acting Commissioner of Social Security**,

       Defendant.

  Drew L. Johnson
  170 Valley River Dr.
  Eugene, OR 97401

  John E. Haapala, Jr.
  401 E. 10th Ave., Ste. 240
  Eugene, OR 97401

      Attorneys for Plaintiff

  Billy J. Williams
  United States Attorney
  District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

David J. Burdett
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this   15th   day of March, 2016.

                  /s/ Garr M. King
                  Garr M. King
                  United States District Judge