Drew L. Johnson
OSB 752000
170 Valley River Dr.
Eugene, OR 97401
Ph. 541-434-6466
Fax: 541-434-6366
drewlj@callatg.com

John E. Haapala, Jr.
OSB 061739
401 E. 10th Ave., Ste 240
Eugene, OR 97401
Ph: 541-345-8474
Fax: 541-345-3237
jeh@haapalaw.com
Of attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **MATTHEW LEWIS BEARDEN**, <br><br> Plaintiff, <br><br> v. <br><br> **CAROLYN COLVIN**, <br> Commissioner, Social Security Administration, <br><br> Defendant. | Case No.6:15-cv-00475-KI <br><br><br> ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $4,934.28 shall be awarded to Plaintiff in addition to the filing fees and service costs of $422.00 expended for a total amount of **$5,376.28**. Defendant shall mail the check to Plaintiff's attorney's office as follows: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401.

If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John Haapala.

1 – ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

There are no other costs or expenses to be paid herein.

Dated this 3rd of June, 2016.

_____
United States District Judge/Magistrate

Submitted by:
John E. Haapala, OSB No. 061739
301 E. 10th Ave., Ste. 240
Eugene, OR 97401
(541) 345-8474, Fax (541) 345-8474
Attorney for Plaintiff

2 – ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT